Opinion by Donlon, J. In accordance with stipulation of counsel that all of the requirements for free entry set forth in the customs regulations have now been met and following Abstracts 57104 and 64361, the claim of the plaintiffs was sustained.

**No. 67754.**—Ebeling & Reuss Company v. United States, protest 61/6576 (Philadelphia).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained as to the merchandise covered by entry 3296.

MAY 21, 1963

**No. 67755.**—Marset, Inc. v. United States, protest 62/14144. Protest abandoned February 4, 1963. (Not published.) Plaintiff's application for rehearing granted.

MAY 21, 1963

**No. 67756.**—APPEAL 5097.—Ellis K. Orlowitz Co. v. United States.——
—A.R.D. 136 affirmed February 13, 1963. C.A.D. 816.

BEFORE THE FIRST DIVISION, MAY 27, 1963

**No. 67757.**—W. J. Marshall and Rex Sales Co. v. United States, protests 60/4353 and 60/4354 (Los Angeles).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67758.**—B. Altman & Co. and Felix Glatz Import Co., Inc. v. United States, protests 61/3659 and 61/1296 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67759.—Biddle Purchasing Co. *v.* United States, protest 62/14248 (Charleston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67760.—Union Brokerage Co. *v.* United States, protest 329365–K (Pembina).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C.D. 1923), the claim of the plaintiff was sustained.

No. 67761.—Joseph Markovits, Inc. *v.* United States, protest 60/22948 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of hemp corsages similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

No. 67762.—Hybern, Inc., dba The Akron *v.* United States, protests 61/8894 and 61/19668 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chessboards which have marble as their component material of chief value, the claim of the plaintiff was sustained.